No. 35. BLOECHER & SCHAAF, INC., ET AL. *v.* MAYOR AND CITY COUNCIL OF BALTIMORE AND HAMPSON JONES, COMMISSIONER OF HEALTH. Error to the Court of Appeals of the State of Maryland. Argued October 17, 1927. De-

cided October 24, 1927. *Per Curiam.* Affirmed on the authority of *Watson* v. *Maryland,* 218 U. S. 173, 178; *Adams* v. *Milwaukee,* 228 U. S. 572, 579, 582. *Mr. Emory H. Niles,* with whom *Messrs. Alfred S. Niles* and *Joseph W. Starlings* were on the brief, for plaintiffs in error. *Mr. Charles C. Wallace* was on the brief for defendants in error.